United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PABLO RODRIGUEZ ROMERO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-922 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Juan Pablo Rodriguez Romero filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner alleges a cause of action based on the Due Process Clause of the Fifth Amendment. A controlling decision precludes these claims. *See Sosnava v. Vergara*, No. 26-50183, __ F.4th __, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (addressing procedural and substantive due process claims).

Petitioner also alleges a cause of action based on the Fourth Amendment, challenging his warrantless arrest and detention. The Court previously issued an Order (Doc. 3) requesting that Petitioner file a response to the legal principle that, for purposes of a habeas action, "an illegal arrest has no bearing on the legality of detention following that arrest." *Cruz v. Tate*, No. CV H-26-4819, 2026 WL 2160560 (S.D. Tex. July 27, 2026). Petitioner timely filed a Statement (Doc. 5), and therein argues that "even if this Court ultimately concludes under *Cruz* and *Carnesolta* that an allegedly unlawful initial arrest does not independently provide a basis for habeas release, that conclusion would not resolve Petitioner's separate Fifth Amendment challenge to his present detention without individualized procedural safeguards." (Statement, Doc. 5, 8) The Court finds

the legal principle within *Cruz* to be persuasive and to foreclose Petitioner's challenge under the Fourth Amendment. And Petitioner's Fifth Amendment claim is foreclosed by *Sosnava*.

The Court finds that Petitioner is not entitled to the relief he seeks. Accordingly, it is:

**ORDERED** that Petitioner Juan Pablo Rodriguez Romero's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 28, 2026.

Fernando Rodriguez, Jr.
United States District Judge